| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter  11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  The World Protection Group, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  95-4890539

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3145 Donald Douglas Loop S<br>Santa Monica, CA 90405<br>Number, Street, City, State & ZIP Code | 701 S. Carson St<br>Suite 200<br>Carson City, NV 89701<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>3145 Donald Douglas Loop S Santa Monica, CA 90405<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **The World Protection Group, Inc.**                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor   The World Protection Group, Inc.                                      Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  The World Protection Group, Inc. _____  Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| Debtor  The World Protection Group, Inc. | Case number (*if known*) |
| Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 16, 2024
MM / DD / YYYY

**X**  /s/ Kent Moyer                                Kent Moyer
Signature of authorized representative of debtor        Printed name

Title  PRESIDENT

**18. Signature of attorney**

**X**  /s/ Corey B. Beck, Esq. Bar No.        Date  February 16, 2024
Signature of attorney for debtor                        MM / DD / YYYY

Corey B. Beck, Esq. Bar No. 5870
Printed name

Corey B. Beck, Esq.
Firm name

425 South Sixth Street
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone  702-678-1999    Email address  becksbk@yahoo.com

Bar No. 5870 NV
Bar number and State

Fill in this information to identify the case:
Debtor name: The World Protection Group, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 96001<br>Los Angeles, CA 90096 | | Business Credit Card Debt | | | | $16,665.47 |
| Anthem Blue Cross<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | | Business Vendor | | | | $5,779.63 |
| Central Insurance Agency<br>93 E Main St<br>Smithtown, NY 11787 | | Business Vendor | | | | $28,566.33 |
| City of Santa Monica<br>Bus. & Revenue Operations Division<br>PO Box 2200<br>Santa Monica, CA 90407-2200 | | Business Vendor | | | | $8,278.21 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | | Business Vendor | | | | $926.00 |
| Enterprise Damage Recovery<br>PO Box 843369<br>Kansas City, MO 64184 | | Business Vendor | | | | $33,042.63 |
| Enterprise Rent a Car/Truck<br>File 50727<br>Los Angeles, CA 90074-0727 | | Business Vendor | | | | $1,580.46 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | | Business Vendor | | | | $909.11 |

Debtor   The World Protection Group, Inc.            Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hollins Law Firm<br>3390 Auto Mall Dr, 2nd FL<br>Thousand Oaks, CA 91362 | | | | | | $2,730.00 |
| Ivan Gaspar<br>c/o Rastegar Law Group, A.P.C.<br>22760 Hawthorne Blvd, Ste 200<br>Torrance, CA 90505 | | 20STCV15153 | Contingent | | | $200,000.00 |
| James S. Davidson<br>c/o Law Office of Burton Mark Senkfor<br>8484 Wilshire Blvd, Ste 660<br>Beverly Hills, CA 90211 | | Lawsuit Case No. 21SMCP00681 Filed with the Superior Court of CA, County of Los Angeles | Contingent Unliquidated Disputed | | | $485,000.00 |
| JNT TEK, LLC<br>PO Box 1131<br>Studio City, CA 91614 | | Business Vendor | | | | $2,968.58 |
| Law Office of Angira J. Patel<br>450 N Oak St<br>Inglewood, CA 90302 | | | | | | $5,085.00 |
| LT Trust<br>PO Box 17203<br>Denver, CO 80217 | | | | | | $10,685.68 |
| Progressive Commercial Insurance<br>PO Box 105428<br>Atlanta, GA 30348-5428 | | Business Vendor | | | | $939.76 |
| Regus - New York<br>41 Madison Ave, 25 & 31 FL<br>New York, NY 10010 | | Business Vendor | | | | $3,331.60 |
| Sanders Roberts LLP<br>1055 W 7th St, Ste 3200<br>Los Angeles, CA 90017 | | | | | | $8,716.45 |
| Santa Monica Airport<br>3223 Donald Douglas Loop S<br>Santa Monica, CA 90405 | | Business Vendor | | | | $4,150.60 |
| TEAM Software, Inc.<br>407 S 27th Ave<br>Omaha, NE 68131 | | Business Vendor | | | | $1,673.55 |

Debtor  The World Protection Group, Inc.  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The Hartford Life<br>PO Box 64014<br>Saint Paul, MN 55164-0014 | | Business Vendor | | | | $1,689.90 |

The World Protection Group, Inc.
701 S. Carson St
Suite 200
Carson City, NV 89701

Corey B. Beck, Esq. Bar No.
Corey B. Beck, Esq.
425 South Sixth Street
Las Vegas, NV 89101

Department of Justice
Office of the U.S. Trustee
600 Las Vegas Blvd.
Las Vegas, NV 89101-0250

Department of Motor Vehicles
Records Section
555 Wright Way
Carson City, NV 89711-0250

Internal Revenue Service
Stop 5028
110 City Parkway
Las Vegas, NV 89106-4604

Nevada Department of Taxation
555 E. Washington Avenue
Suite 1300
Bankruptcy Section
Las Vegas, NV 89101-1046

Nevada Labor Commissioner
3300 W. Sahara Ave Ste. 225
Las Vegas, NV 89102

ADP, Inc.
PO Box 78415
Phoenix, AZ 85062-8415

American Express
Acct No 3727-162603-11049
PO Box 96001
Los Angeles, CA 90096

Answering Service Care, LLC
441 S. State Rd 7, Ste 2
Pompano Beach, FL 33068-2803

Anthem Blue Cross
PO Box 51011
Los Angeles, CA 90051-5311

AT&T Mobility
PO Box 537104
Atlanta, GA 30353-7104

Authorize.NET
808 E Utah Valley Dr
American Fork, UT 84003

Bankcard USA
5701 Lindero Cyn Rd
Thousand Oaks, CA 91362

Blue Line Investigations
6025 Stage Rd, Ste 42-146
Memphis, TN 38134

Bradley & Gmelich
700 N. Brand Blvd, 10 FL
Glendale, CA 91203

CAC Acceptance Corp
PO Box 66708
Houston, TX 77266

Canon Financial Services, Inc.
14904 Collection Center Drive
Chicago, IL 60693-0149

Canon Solutions America Inc.
15004 Collections Center Drive
Chicago, IL 60693

Central Insurance Agency
93 E Main St
Smithtown, NY 11787

City of Los Angeles - Dept of Airports
Accounts Receivable Section, Ste 500
6053 W Century Blvd
Los Angeles, CA 90045

City of Santa Monica
Bus. & Revenue Operations Division
PO Box 2200
Santa Monica, CA 90407-2200

Cloudflare
101 Townsend St
San Francisco, CA 94107

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Enterprise Damage Recovery
PO Box 843369
Kansas City, MO 64184

Enterprise Rent a Car/Truck
File 50727
Los Angeles, CA 90074-0727

Franchise Tax Board
Bankruptcy Section, MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Hollins Law Firm
3390 Auto Mall Dr, 2nd FL
Thousand Oaks, CA 91362

Hootsuite Media Inc.
535 Mission St
San Francisco, CA 94104

ICW Group
PO Box 509039
San Diego, CA 92150-9039

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Ivan Gaspar
c/o Rastegar Law Group, A.P.C.
22760 Hawthorne Blvd, Ste 200
Torrance, CA 90505

James S. Davidson
c/o Law Office of Burton Mark Senkfor
8484 Wilshire Blvd, Ste 660
Beverly Hills, CA 90211

JNT TEK, LLC
PO Box 1131
Studio City, CA 91614

Law Office of Angira J. Patel
450 N Oak St
Inglewood, CA 90302

Los Angeles World Airports
LAWA PFC - Lockbox
PO Box 102694
Pasadena, CA 91189

LT Trust
PO Box 17203
Denver, CO 80217

MacCarley & Rosen
330 N. Brand Blvd, Ste 1250
Glendale, CA 91203

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave, Ste 1300
Las Vegas, NV 89101

NYS Department of State
Division of Licensing Services
PO Box 22001
Albany, NY 12201-2001

Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Progressive Commercial Insurance
PO Box 105428
Atlanta, GA 30348-5428

Regus - New York
41 Madison Ave, 25 & 31 FL
New York, NY 10010

Sanders Roberts LLP
1055 W 7th St, Ste 3200
Los Angeles, CA 90017

Santa Monica Airport
3223 Donald Douglas Loop S
Santa Monica, CA 90405

TEAM Software, Inc.
407 S 27th Ave
Omaha, NE 68131

The Hartford Bond
PO Box 660916
Dallas, TX 75266-0916

The Hartford Life
PO Box 64014
Saint Paul, MN 55164-0014

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St, 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101-5803

Water.com
DS Services Std Coffee Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Wex Inc. Fleet - Wright Express
Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

# United States Bankruptcy Court
## District of Nevada

In re   The World Protection Group, Inc.  
Debtor(s)

Case No.  
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   The World Protection Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 16, 2024  
Date

/s/ Corey B. Beck, Esq. Bar No.  
Corey B. Beck, Esq. Bar No. 5870  
Signature of Attorney or Litigant  
Counsel for   The World Protection Group, Inc.  
Corey B. Beck, Esq.  
425 South Sixth Street  
Las Vegas, NV 89101  
702-678-1999 Fax:702-678-6788  
becksbk@yahoo.com